DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JEREMY M. THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4004

————————————————

November 15, 2023

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Jeremy M. Thomas, pro se.

C. Suzanne Bechard, Associate Deputy Attorney General, Tallahassee, and Elba Caridad Martin, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.